IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY,** | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 11-0516-KD-B |
| **NICKY ARDELL REED,** | : |
| Defendant. | : |

JUDGMENT

In accordance with the Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice for lack of subject matter jurisdiction.

DONE this the 29th day of February, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE